IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>Defendant. | C.A. No. 13-664-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAREFUSION CORPORATION,<br><br>Defendant. | C.A. No. 13-665-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HAEMONETICS CORPORATION,<br><br>Defendant. | C.A. No. 13-667-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>Defendant. | C.A. No. 13-668-RGA |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment (Case No. 13-664-RGA D.I. 47; Case No. 13-665-RGA D.I. 54; Case No. 13-667-RGA D.I. 46; Case No. 13-668-RGA D.I. 50) is **granted in part** and **denied in part**.

Summary Judgment is **granted** with respect to the infringement theories that a human body is a fluid container.

Summary Judgment is **denied** with respect to the infringement testing theory.

Summary Judgment is **granted** with respect to the literal infringement theory for nozzles; however, it is **denied** for the doctrine of equivalents theory for nozzles. Similarly, Summary Judgment is **granted** for a literal infringement theory with respect to an input or display means located on the nozzle, but Summary Judgment is **denied** for a doctrine equivalents theory for these terms.

Therefore, Plaintiff may proceed against Haemonetics on a doctrine of equivalents theory, and against the other three defendants only on a doctrine of equivalents testing theory.

The parties are to submit by May 29, 2015 a joint letter with a scheduling proposal and a description of any other issues the Court needs to address.

Entered this 15 day of May, 2015

_____
United States District Judge