## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 13-664-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAREFUSION CORPORATION,<br><br>Defendant. | Civil Action No. 13-665-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HAEMONETICS CORPORATION,<br><br>Defendant. | Civil Action No. 13-667-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>Defendant. | Civil Action No. 13-668-RGA<br><br>JURY TRIAL DEMANDED |

## ORDER ON CLAIM INTERPRETATION

Below are the meanings of some of the words of the claims of U.S. Patent No. 5,913,180, the patent at issue in this case. These definitions must be accepted as correct. For any words in a claim for which no definition is provided, their common meaning should be applied.

1. "Fluid container" means "receptacle for storing fluid."

2. "Nozzle" means "a spout capable of being connected to the end of a pipe, hose, or tube, used to dispense fluid, that can be inserted into a fluid container."

IT IS SO ORDERED, this ___21___ day of May, 2015.

_____
United States District Judge