**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC, <br><br>   Plaintiff, <br><br>   v. <br><br> BAXTER INTERNATIONAL, INC., <br><br>   Defendant. | C.A. No. 13-664-RGA |
| RYDEX TECHNOLOGIES, LLC, <br><br>   Plaintiff, <br><br>   v. <br><br> CAREFUSION CORPORATION, <br><br>   Defendant. | C.A. No. 13-665-RGA |
| RYDEX TECHNOLOGIES, LLC, <br><br>   Plaintiff, <br><br>   v. <br><br> HAEMONETICS CORPORATION, <br><br>   Defendant. | C.A. No. 13-667-RGA |
| RYDEX TECHNOLOGIES, LLC, <br><br>   Plaintiff, <br><br>   v. <br><br> HOSPIRA, INC., <br><br>   Defendant. | C.A. No. 13-668-RGA |

**STIPULATION TO EXTEND TIME TO
SUPPLEMENT INFRINGEMENT CONTENTIONS**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which Plaintiff must supplement its infringement contentions consistent with the Court's claim construction and summary judgment orders (D.I. 79 and 80 in No. 13-664) is extended until July 9, 2015.

DATED:  July 1, 2015

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
Devlin Law Firm LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
Phone:  (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorney for Plaintiff Rydex
   Technologies LLC*

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Alan R. Silverstein (#5066)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
Phone:  (302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
asilverstein@potteranderson.com

*Attorneys for Defendant Baxter
   International Inc.*

By: */s/ Denise S. Kraft*
Denise S. Kraft (#2778)
Brian A. Biggs (#5591)
DLA Piper LLP (US)
1201 N. Market Street
Suite 2100
Wilmington, DE  19801
Phone (302) 468-5700
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendant CareFusion
   Corporation*

By: */s/ Rodger D. Smith, II*
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Phone:  (302) 351-9200
rsmith@mnat.com

*Attorney for Defendant Haemonetics Corporation*


By: */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Morris James LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Phone:  (302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant Hospira Inc.*


SO ORDERED THIS _____ day of July, 2015.

_____
U.S. District Court Judge