# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>    Defendant. | C.A. No. 13-664-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CAREFUSION CORPORATION,<br><br>    Defendant. | C.A. No. 13-665-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HAEMONETICS CORPORATION,<br><br>    Defendant. | C.A. No. 13-667-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSPIRA, INC.,<br><br>    Defendant. | C.A. No. 13-668-RGA |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that on July 16, 2015, a copy of Rydex Technologies LLC's Supplemental Preliminary Infringement Contentions were served on:

| | |
|---|---|
| CareFusion | denise.kraft@dlapiper.com <br> john.allcock@dlapiper.com <br> brian.biggs@dlapiper.com <br> jesse.hindman@dlapiper.com <br> richard.mulloy@dlapiper.com <br> tiffany.miller@dlapiper.com |
| Baxter | provner@potteranderson.com <br> mstackel@potteranderson.com <br> asilverstein@potteranderson.com <br> jchoa@potteranderson.com |
| Haemonetics | kamran.jivani@alston.com <br> deepro.mukerjee@alston.com <br> chris.mcardle@alston.com <br> linda.sanchez@alston.com <br> rsmith@mnat.com |
| Hospira | bbradford@jenner.com <br> blyerla@jenner.com <br> abarlow@jenner.com <br> dgarcia@jenner.com <br> mmatterer@morrisjames.com <br> rherrmann@morrisjames.com |

DATED:  July 17, 2015                    DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (#4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
Phone:  (302)-449-9010
Fax:  (302) 353-4251
tdevlin@devlinlawfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on July 17, 2015.

/s/ Timothy Devlin
Timothy Devlin
